No. A–209. STARVAGGI v. LYNAUGH, DIRECTOR, TEXAS DE-PARTMENT OF CORRECTIONS. Application for stay of execution of sentence of death, presented to JUSTICE WHITE, and by him referred to the Court, denied.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant the application for stay of execu-

tion in order to give the applicant time to file a petition for writ of certiorari and would grant the petition and vacate the death sentence in this case.